**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Eric A. Mathews,

Plaintiff(s),

v.

Nirmal Singh, et al.,

Defendant(s).

Case No. 2:26-cv-01414-APG-NJK

**Order**

[Docket No. 14]

Pending before the Court is a stipulation to stay pending mediation. Docket No. 14. The relief being sought is somewhat confusing as the stipulation seeks to "stay discovery," *see id.* at 1, but discovery is already closed, *see id.* at 1. Given the circumstances, the Court will grant in part the stipulation in that the deadlines to file discovery motions and dispositive motions will be extended, but discovery itself is and remains closed. At the same time, the parties have not yet secured an actual mediation date and the Court does not generally permit relief from case management deadlines without a <u>scheduled</u> mediation. *See, e.g.*, *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 n.8 (D. Nev. 2022). Given the circumstances, the stipulation is **GRANTED** in part in that the case is **STAYED** until November 25, 2026. The parties must promptly secure a mediation date before the end of January 2027. A joint status report identifying the mediation date must be filed by November 25, 2026. If a mediation date is not secured, the Court may lift the stay.

IT IS SO ORDERED.

Dated: November 12, 2026

Nancy J. Koppe
United States Magistrate Judge